IN THE UNITED STATES COURT FOR THE DISTRICT OF UTAH
CENTRAL DIVISION

FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH
MAY 17 2011
D. MARK JONES, CLERK
BY _____ DEPUTY CLERK

| | |
|---|---|
| MICHAEL GEDDES and DANA GEDDES<br><br>Plaintiffs,<br><br>vs.<br><br>ACCELERATED MORTGAGE AND FINANCIAL SERVICES, INC., et al.,<br><br>Defendants. | ORDER<br><br><br><br><br><br>Case No. 2:10-cv-878<br><br>Judge Dee Benson |

On May 6, 2011, Abraham Bates filed a Motion to Withdraw as Counsel for the plaintiffs. In support of his Motion to Withdraw, Mr. Bates filed a lengthy Declaration in which he stated that he was hired by Freedom Equity & Wealth ("FEW") to represent several of FEW's clients. Sometime later, a disagreement arose between Mr. Bates and FEW, and Mr. Bates notified FEW of his intent to no longer represent FEW's clients. FEW subsequently notified Mr. Bates that it had found new counsel to replace him in all of FEW's cases.

At a hearing held on May 9, 2011, Mr. Bates represented to the court that, pursuant to his communications with FEW and FEW's new counsel, he was no longer the plaintiffs' counsel. Mr. Bates also told the court that he had provided the plaintiffs' new counsel, Nathan Croxford, with all of the plaintiffs' records and files. The court stated it would not grant Mr. Bates' Motion to Withdraw until Mr. Croxford had entered a Substitution of Counsel. On the very next day, Mr. Croxford filed a Substitution of Counsel and acknowledged his representation of the

plaintiffs. Accordingly, Mr. Bates' Motion to Withdraw as counsel for the plaintiffs is GRANTED and Mr. Bates' Motion to Strike is DENIED.

DATED this 16th day of May, 2011.

_____
Dee Benson
United States District Judge