Abraham Bates (12440)
**WASATCH ADVOCATES LLC**
4525 Wasatch Blvd. Ste 300
Salt Lake City, Utah 84124
Telephone: (801) 662-0077
Facsimile: (801) 662-0082
abe@slclawfirm.com

Attorney for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL GEDDES and DANA GEDDES, <br><br> Plaintiffs, <br><br> vs. <br><br> ACCELERATED MORTGAGE AND FINANCIAL SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A.; and DOES 1-5. <br><br> Defendants. | **NOTICE OF LIMITED APPEARANCE** <br><br> Case No. 2:10-cv-00878-DB <br><br> Judge Dee Benson |

Plaintiffs Michael and Dana Geddes, through Counsel Nathan Croxford, hereby provide Notice of Limited Appearance that previous counsel Abraham Bates will enter his limited appearance on Wednesday, May 18th at 4 p.m., for the limited purpose of arguing the parties' pending cross-motions in the above-captioned case. Plaintiffs and their Counsel of record, Mr. Croxford, consent to Mr. Bates limited appearance.

1

Dated this 17th of May, 2011.

```
/s/Nathan Croxford
```
Nathan Croxford
```
(signed by filing atty w/permission)
```
Counsel for Plaintiffs

*Abraham Bates*

_____
Abraham Bates
(Limited Appearance)
Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I HERE BY CERTIFY that on the 17th day of May, 2011, a true and correct copy of this **Notice of Limited Appearance** was served, via ECF electronic notification and US Mail, postage pre-paid, upon the following:

Michael D. Black
PARR BROWN GEE & LOVELESS
185 S. State St., Ste 800
P.O. Box 11019
Salt Lake City, Utah 84111
(801)532-7840
mblack@parrbrown.com
*Attorney for Defendants MERS, BAC Home Loans Servicing and ReconTrust*

Nathan C. Croxford
Lewis Hansen Waldo Pleshe Flanders LlC
The Judge Building
8 East Broadway, Suite 410
Salt Lake City, Utah 8411
Phone: (801) 746-6300
Fax: (801) 746-6301
ncroxford@lhwplaw.com

*Abraham Bates*
_____
ABRAHAM BATES