James C. Lewis (USB #1943)
LEWIS HANSEN WALDO PLESHE FLANDERS LLC
8 East Broadway #410
Salt Lake City, UT 84111
Telephone:  (801) 746-6300
Facsimile:  (801) 746-6301
Email:  jlewis@lhwplaw.com

*Attorneys for Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| MICHAEL GEDDES and DANA GEDDES, | |
| | **NOTICE OF APPEARANCE** |
| Plaintiffs, | |
| vs. | |
| ACCELERATED MORTGAGE AND FINANCIAL SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; BAC HOME LOANS SERVICING, LP; RECONTRUST COMPANY, N.A.; and DOES 1-5. | Case No. 2:10-CV-00878  Judge Dee Benson |
| Defendants. | |

PLEASE TAKE NOTICE that James C. Lewis, of the firm, LEWIS HANSEN WALDO PLESHE FLANDERS LLC, appears as counsel of record for Plaintiffs Michael Geddes and Dana Geddes, in the above captioned matter.

DATED this 18th day of May, 2011.

LEWIS HANSEN WALDO PLESHE FLANDERS LLC

By    /s/ James C. Lewis
    James C. Lewis, *Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of May, 2011, I electronically filed the foregoing NOTICE OF APPEARANCE using the Court's CM/ECF system and relied upon the Court's CM/ECF system for delivery to the following:

Michael D. Black
PARR BROWN GEE & LOVELESS
185 South State Street #800
P.O. Box 11019
Salt Lake City, Utah 84111
mblack@parrbrown.com
*Attorney for Defendants*
*MERS, BAC Home Loans Servicing, LP and ReconTrust Company, N.A.*

/s/ James C. Lewis