FILED IN UNITED STATES DISTRICT COURT, DISTRICT OF UTAH

JUN 29 2011

D. MARK JONES, CLERK
BY_____
DEPUTY CLERK

Nathan Croxford (9588)
James C. Lewis (1943)
LEWIS HANSEN WALDO PLESHE FLANDERS LLC
The Judge Building, Suite 410
Eight East Broadway
Salt Lake City, Utah 84111-2239
Telephone: (801) 746-6300
Facsimile: (801) 746-6301
E-mail: ncroxford@lhwplaw.com

*Attorneys for Plaintiffs*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| MICHAEL GEDDES and DANA GEDDES,<br><br>Plaintiffs,<br>vs.<br><br>ACCELERATED MORTGAGE AND FINANCIAL SERVICES, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., BAC HOME LOANS SERVICING, LP; RECONSTRUCT COMPANY, N.A.; and DOES 1-5.<br><br>Defendants. | [~~PROPOSED~~] ORDER DENYING DEFENDANTS' MOTION TO DISMISS<br><br>Case No. 2:10-cv-878-DB<br><br>Judge Dee Benson |

Based upon the Court's consideration of Plaintiffs' Complaint, the parties' briefing on Defendants' Motion to Dismiss, and the oral arguments of the parties before the Court on May 18, 2011, the Court finds as follows:

1. That Plaintiffs' Complaint states claims upon which relief may be granted.

**WHEREFORE**, based on all of the foregoing, and other good cause appearing therefore, the Court **HEREBY DENIES DEFENDANTS' MOTION TO DISMISS.**

**IT IS SO ORDERED.**

Dated this 29 day of June, 2011.

_____
Honorable Dee Benson
United States District Court Judge

Approved as to form:

PARR BROWN LOVELESS & GEE


 /s/ Michael D. Black
Michael D. Black
*Attorneys for Defendants*